# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00051-CV

**In re Phillip Lee Burns**

ORIGINAL PROCEEDING FROM LAMPASAS COUNTY

**M E M O R A N D U M   O P I N I O N**

Because the record does not support granting the relief relator requests, we deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.3(k), 52.7(a)(1), 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   February 10, 2011